No. 1219. HILL v. SPERRY RAND CORP. C. A. 1st Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. MR. JUSTICE DOUGLAS would grant certiorari on the question of allocation of costs. *C. Keefe Hurley* for petitioner. *Edward J. McCormack, Jr.*, for respondent.

No. 1228. MEDLIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *R. B. Parker, Jr.*, and *James H. Bateman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald L. Gainer* for the United States.

No. 1296. CROUSE, WARDEN v. BROWNING. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Robert C. Londerholm*, Attorney General of Kansas, and *Park McGee* and *Richard H. Seaton*, Assistant Attorneys General, for petitioner.

No. 864, Misc. COMULADA v. WILLINGHAM, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for respondent.

No. 967, Misc. HEAFNER v. RICHARDSON, WARDEN. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for respondent.

No. 1291, Misc. BLACK v. WILLINGHAM, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for respondent.